# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Provident Life and Accident Insurance Company v. Jill Garner, Jan A. Mix and Joy L. Mix

Case Number: 08 CV 3227

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jill Garner, Jan A. Mix and Joy L. Mix

| | |
|---|---|
| NAME (Type or print) | |
| Bernard P. Edelman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Bernard P. Edelman | |
| FIRM | |
| Edelman & Partners | |
| STREET ADDRESS | |
| 77 W. Washington St., Suite 1514 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6190088 | (312)519-9900 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☑    APPOINTED COUNSEL ☐