Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3227 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Provident Life & Accident Ins Co vs. Jill Garner, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/6/2008. Defendants' motion for leave to appear as amended [7][8] is withdrawn. Plaintiff's oral motion to be dismissed as a party in this complaint is granted. Plaintiff, Provident Life and Accident Insurance Company is directed to deposit the amount or $15,739.00 plus any interest earned, with the Clerk of Court no later than the close of business on 8/27/2008. After the deposit has been made plaintiff is hereby dismissed with prejudice from this action for all purposes other than the issue of attorneys fees. This complaint remains open as to all other parties. Status hearing continued to 9/3/2008 at 9:30 a.m.

*Docketing to mail notices.*

00:20

| | |
|---|---|
| Courtroom Deputy Initials: | SB |