IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) JILL GARNER, JAN A. MIX, JOY L. MIX and ) ANGELA L. MANTOVANI, ) ) Defendants. ) | No.  08 C 3227<br><br>Judge Gottschall<br><br>Magistrate Judge Denlow |

### STATEMENT CONFIRMING THE DEPOSIT OF LIFE INSURANCE POLICY PROCEEDS WITH THE CLERK OF THE U.S. DISTRICT COURT

Plaintiff, PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY ("Provident Life"), by its attorneys, Michael J. Smith, Warren von Schleicher and Barrett W. Thies, submits its Statement Confirming the Deposit of Life Insurance Policy Proceeds with the Clerk of the U.S. District Court, and states as follows:

1.     On June 4, 2008, Provident Life filed its Complaint for Interpleader requesting the relief specified therein, pursuant to 28 U.S.C. §§1335 and 1397, and Fed. R. Civ. P 22.

2.     On August 6, 2008, the court ordered Provident Life to deposit the proceeds of the life insurance policy issued to the decedent William Mix, plus interest earned, with the Clerk of the U.S. District Court by the close of business on August 27, 2008.

3.     On August 27, 2008, Provident Life deposited with the Clerk of the U.S. District Court, monies in the amount of $16,417.53 (representing the value of the decedent's individual life insurance policy plus interest in the amount of $16,767.53 less $350.00 in court costs pursuant to 28 U.S.C. §1335), which is legally due from Provident Life pursuant to the terms of the decedent's life insurance policy.  (Copies of the August 6, 2008 Order, the check in the

amount of $16,417.53 that was deposited with Clerk of the U.S. District Court and the receipt issued by the Clerk of the U.S. District Court in connection with the deposit are attached hereto as Exhibit A).

    4.    Provident Life has complied with the court's August 6, 2008 Order and requests that, pursuant to the court's August 6, 2008 order, the court enter an order dismissing Provident Life, with prejudice.

Respectfully submitted,

Michael J. Smith
Warren von Schleicher
Michael J. Smith & Associates    By: /s/ Barrett W. Thies
39 S. LaSalle St., Suite 1005        Attorney for Plaintiff, Provident Life and
Chicago, Illinois 60603           Accident Insurance Company
(312) 541-0300

**CERTIFICATE OF SERVICE**

      I hereby certify that, on August 27, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the electronically filed document on the following attorneys of record:

Bernard P. Edelman
Edelman & Partners
77 W. Washington Street, Suite 1514
Chicago, Illinois 60602
Edelman@xnet.com

Robert R. Tepper
Law Offices of Robert R. Tepper
111 W. Washington Street, Suite 1900
Chicago, Illinois 60602
roberttepper@yahoo.com

      In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following:

Daniel M. Harrod
Harrod Law Firm, P.C.
107 East Eureka Avenue, #2
Eureka, Illinois 61530-1296

                                Respectfully submitted,

                                /s/ Barrett W. Thies

                                Smith, von Schleicher & Associates
                                39 S. LaSalle St., Suite 1005
                                Chicago, Illinois  60603
                                (312) 541-0300
                                (312) 541-0933 Facsimile
                                E-Mail:  barrett.thies@svs-law.com
                                ARDC# 6290905

# EXHIBIT

# A

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3227 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Provident Life & Accident Ins Co vs. Jill Garner, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/6/2008. Defendants' motion for leave to appear as amended [7][8] is withdrawn. Plaintiff's oral motion to be dismissed as a party in this complaint is granted. Plaintiff, Provident Life and Accident Insurance Company is directed to deposit the amount or $15,739.00 plus any interest earned, with the Clerk of Court no later than the close of business on 8/27/2008. After the deposit has been made plaintiff is hereby dismissed with prejudice from this action for all purposes other than the issue of attorneys fees. This complaint remains open as to all other parties. Status hearing continued to 9/3/2008 at 9:30 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | SB |
|---|---|---|

| PAYEE | DATE | AMOUNT | CHECK NUMBER |
|---|---|---|---|
| CLERK, U.S. DISTRICT COURT | 08/14/2008 | *****16,417.53 | 0038300616 |

CASE NUMBER 08 C 3227
WILLIAM MIX, 33434939701, LIFE POLICY

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

VBILA09762#ADACRR                                              ATTACHMENT

---

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY                51-44/119
CHATTANOOGA, TN 37402

10C-MAP

AUG 14, 2008                                    CHECK NO.
                                                0038300616
CASE NUMBER 08 C 3227
WILLIAM MIX, 33434939701, LIFE POLICY

PAY  16,417 AND 53/100 --------------------------------DOLLARS

                                                *****16,417.53**

TO THE ORDER OF    CLERK, U.S. DISTRICT COURT                VBILA09762
                   EVERETTE MCKINLEY DIRKSEN, US COURTHOUSE
                   219 SOUTH DEARBORN ST.
                   CHICAGO                    IL 60604

BANK OF AMERICA  HARTFORD, CT

                                        *Robert C. Greene*

1459-95C              SECURITY FEATURES INCLUDED DETAILS ON BACK

⑈0038300616⑈ ⑆011900445⑆ 00000005141 0⑈

```
Court Name: Northern District of Illinois
Division: 1
Receipt Number: 4624007906
Cashier ID: nfinley
Transaction Date: 08/27/2008
Payer Name: PROVIDENT LIFE INSURANCE CO.
-------------------------------------------
COMM REG MONEY MARKET
 For: PROVIDENT LIFE INSURANCE CO.
 Case/Party: D-ILN-1-08-CV-003227-001
 Amount:        $16,417.53
-------------------------------------------
CHECK
 Check/Money Order Num: 0038300616
 Amt Tendered: $16,417.53
-------------------------------------------
Total Due:      $16,417.53
Total Tendered: $16,417.53
Change Amt:     $0.00

BOND P/O JUDGE GOTTSCHALL 8/6/8

08C3227 PROVIDENT LIFE INSURANCE
COMPANY $ 16,417.53


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check
```