## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, ) ) ) Plaintiff ) ) v. ) ) JILL GARNER, JAN A. MIX, JOY L. ) MIX and ANGELA L. MANTOVANI, ) ) Defendants ) | Case No. 08 CV 3227 |

### NOTICE OF MOTION

To:
| | | |
|---|---|---|
| Michael J. Smith<br>Smith, von Schleicher & Associates<br>39 South LaSalle Street<br>Suite 1005<br>Chicago, IL 60603<br>(312) 541-0300<br>michael.smith@svs-law.com | Barrett W. Thies<br>Smith, von Schleicher & Associates<br>39 S. LaSalle Street<br>Suite 1005<br>Chicago, IL 60603<br>312-541-0300<br>barrett.theis@svs-law.com | W. Sebastian von Schleicher<br>Smith, von Schleicher & Associates<br>39 South LaSalle Street<br>Suite 1005<br>Chicago, IL 60603<br>(312) 541-0300<br>warren.vonschleicher@svs-law.com |

PLEASE TAKE NOTICE that on September 11, 2008, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall in courtroom 2325, or any other judge who may be sitting in her place and stead, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Motion for Entry of Default and Default Judgment**.

_____
Bernard P. Edelman
Attorney for Defendants Jill Garner, Jan A. Mix and Joy L. Mix

Robert R. Tepper
111 W. Washington St.
Suite 1900
Chicago, IL 60602
(312)251-0031
Attorney No. 30325

Bernard Edelman
77 W. Washington St.
Suite 1514
Chicago, IL 60602-2962
(312)519-9900
Attorney No. 02948

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, ) ) ) Plaintiff ) ) v. ) ) JILL GARNER, JAN A. MIX, JOY L. ) MIX and ANGELA L. MANTOVANI, ) ) Defendants ) | Case No. 08 CV 3227 |

**MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Now come Defendants Jill Garner, Jan A. Mix and Joy L. Mix, by counsel, and hereby move this Honorable Court enter an order defaulting Defendant Angela L. Mantovani and granting a default judgment in favor of Movants and in support thereof states as follows:

1. This Court requested Defendant Mantovani to file her appearance based upon the representation of Plaintiff's counsel that the summons and complaint had been served.

2. There was no appearance or other response for Defendant Mantovani.

Respectfully submitted,

_____
Bernard P. Edelman
Attorney for Defendants Jill Garner, Jan A. Mix and Joy L. Mix

Robert R. Tepper
111 W. Washington St.
Suite 1900
Chicago, IL  60602
(312)251-0031
Attorney No. 30325

Bernard Edelman
77 W. Washington St.
Suite 1514
Chicago, IL 60602-2962
(312)519-9900
Attorney No. 02948

**CERTIFICATE OF SERVICE**

  I, the undersigned, a non-attorney certify under penalties of perjury that I caused a copy of the foregoing Notice of Motion and **Motion for Entry of Default and Default Judgment** to be served upon:

| | |
|---|---|
| Michael J. Smith | Barrett W. Thies |
| Smith, von Schleicher & Associates | Smith, von Schleicher & Associates |
| 39 South LaSalle Street | 39 S. LaSalle St. |
| Suite 1005 | Suite 1005 |
| Chicago, IL 60603 | Chicago, IL 60603 |
| (312) 541-0300 | 312-541-0300 |
| michael.smith@svs-law.com | barrett.theis@svs-law.com |

W. Sebastian von Schleicher
Smith, von Schleicher & Associates
39 South LaSalle Street
Suite 1005
Chicago, IL 60603
(312) 541-0300
warren.vonschleicher@svs-law.com

by causing true and correct copies of same to be sent by **electronic mail** via the CM/ECF system this 2nd day of September, 2008.

  I declare under penalty of perjury that the foregoing is true and correct. Executed on September 2nd, 2008.

_____
Rebecca Robinson Guinn