## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3227 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Provident Life and Accident Ins. Co vs. Garner, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Deposit of $15,739.00 having been made, the court dismisses Plaintiff, Provident Life and Accident Insurance Company as a party in this matter with prejudice for all purposes other than the issue of attorneys fees. This complaint remains open as to all other parties. Plaintiff's counsel is required to file waiver of service of summons as to Angela L. Mantovani by close of business today.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | RJ |
|---|---|---|